■ In the Matter of the CITY OF NEW YORK, Acting for and on Behalf of the New York City Housing Authority, Respondent, Relative to Acquiring Title to Real Property, Bounded by Brook Avenue and Other Streets, Selected as a Site for Mill Brook Homes, in the Borough of The Bronx. SAMUEL GOLDSTEIN, Appellant; HENRY J. HAMMERMAN et al., Respondents.— While the original retainer agreement between appellant and the respondents Hammerman was for a percentage of an "award" made in a condemnation proceeding, the fee arrangement was extended to cover an acquisition of the property by purchase when the conduct of the negotiations for such acquisition was referred and entrusted to appellant. The record makes it clear that appellant undertook such negotiations and that the continuance of the negotiations and conclusion of a sale by respondents were done behind appellant's back. Appellant was not discharged prior to making the deal but only after the deal had been concluded. This was no such discharge as would deprive appellant of his contract or warrant the fixation of his lien upon the basis of a *quantum meruit* evaluation for his services rather than in accordance with the contract. Order unanimously modified so as to fix the attorney's lien at $4,750, with costs to the appellant. Settle order on notice. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ.

■ In the Matter of the Probate of the Will of CHARLES F. DU BOIS, Deceased. ELIZABETH B. DOOLEY et al., Appellants; FLORENCE M. DU BOIS et al., Respondents.— Decree unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ. [See *post*, p. 766.]

■ WILLIAM J. TAYLOR, Doing Business as TAYLOR TRAVEL SERVICE, Respondent, v. E. A. FLANDRAC, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. While we do not accept the ground upon which the decision at Special Term was placed, the motion to dismiss the complaint was properly denied. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ.

■ DOROTHY CAMPBELL, Respondent, v. LIBERTY MUTUAL INSURANCE COMPANY, Appellant.— Judgment unanimously affirmed, with costs. It is clear that under the circumstances the notice given by the insured was given within a reasonable time and the judgment appealed from is affirmed, without considering the other questions. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ.

■ EMILY SHOPS, INC., Respondent, v. INTER-STATE TRUCK LINE, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ. [207 Misc. 557.] [See *post*, p. 774.]

■ METROPOLITAN CONVOY CORPORATION, Appellant, v. CITY OF NEW YORK et al., Respondents.— Judgment unanimously affirmed, with costs. On the facts in this case the statute is applicable to plaintiff's vehicles involved therein. Concur — Peck, P. J., Breitel, Bastow and Cox, JJ. [208 Misc. 528.] [See *post*, pp. 775, 824.]